```
                    UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF MISSISSIPPI
                         NORTHERN DIVISION
```

LANCE FELTON                                              PLAINTIFF

VS.                              CIVIL ACTION NO. 3:18CV74TSL-RHW

CITY OF JACKSON, MISSISSIPPI, ET AL.               DEFENDANTS

                            ORDER

     The court has received plaintiff's motion for leave to proceed in
forma pauperis.  As the motion did not utilize the form prescribed by
Federal Rule of Appellate Procedure, which in addition to listing his
assets and liabilities, requires him to inform the court of his issues
for appeal, the court will provide plaintiff with the correct form.
Accordingly, it is hereby ORDERED:

     1.  That on or before August 5, 2019, plaintiff shall file a
completed application for leave to proceed in forma pauperis, which
specifies his issues for appeal or pay the required appeal filing fee
of $505.00.

     2.  The Clerk shall mail the attached in forma pauperis
application to the plaintiff at his last known address.

      Failure to advise this court of a change of address or failure
to comply with any order of this court will be deemed as a purposeful
delay and contumacious act by the plaintiff and may result in the
denial of in forma pauperis status.

     SO ORDERED this 25th day of July, 2019.


                         /s/Tom S. Lee
                         UNITED STATES DISTRICT JUDGE

**Form 4 of Federal Rules of Appellate Procedure**

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
_____ DIVISION

Petitioner

v.                                    CIVIL ACTION NO. _____
                                      **APPEAL NO. _____**

Respondent

## MOTION TO PROCEED *IN FORMA PAUPERIS*

     I, _____, declare that I am the petitioner in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 U.S.C. § 1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint.

Signed:_____  Date:_____

-------------------------------------------------------------------------------------------------------------------

| INSTRUCTIONS |
|---|
| **Complete all questions in this application and then sign it.  Do not leave any blanks: if the answer to a questions is "0," "none," or "not applicable (N/A)," write in that response.  If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with you name, your case's docket number, and the question number.** |

## AFFIDAVIT  IN  SUPPORT  OF  MOTION

     I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them.  I believe I am entitled to redress.  I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct.  (28 U.S.C. §1746; 18 U.S.C. §1621)

Signed:_____
Date:_____

2

My issues on appeal are:

_____

_____

_____

_____.

1.    For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.  Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source: | Average monthly amount during the past 12 months | Amount expected next month |
|---|---|---|
| | You | You |
| Employment | $_____ | $_____ |
| Self-employment | $_____ | $_____ |
| Income from real property such as rental income) | $_____ | $_____ |
| Interest and dividends | $_____ | $_____ |
| Gifts | $_____ | $_____ |
| Alimony | $_____ | $_____ |
| Child support | $_____ | $_____ |
| Retirement (such as social security pensions, annuities, insurance) | $_____ | $_____ |
| Disability (such as social security insurance payments) | $_____ | $_____ |
| Unemployment payments | $_____ | $_____ |
| Public-assistance (such as welfare) | $_____ | $_____ |
| Other (specify): _____ | $_____ | $_____ |
| Total monthly income: | $_____ | $_____ |

2.    List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| EMPLOYER | ADDRESS | DATES OF EMPLOYMENT | GROSS MONTHLY PAY |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

3.    List your spouse's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| EMPLOYER | ADDRESS | DATES OF EMPLOYMENT | GROSS MONTHLY PAY |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

4.    How much cash do you and your spouse have? $_____
Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| FINANCIAL INSTITUTION | TYPE OF ACCOUNT | AMOUNT YOU HAVE | AMOUNT YOUR SPOUSE HAS |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

5.    List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| HOME          (VALUE) | OTHER REAL ESTATE    (VALUE) | OTHER ASSETS          (VALUE) |
|---|---|---|
| | | |
| | | |
| | | |

MOTOR VEHICLE # 1        VALUE: _____        MAKE & YEAR: _____
MODEL: _____
REGISTRATION #: _____

MOTOR VEHICLE # 2        VALUE: _____        MAKE & YEAR: _____
MODEL: _____
REGISTRATION #: _____

6.    State every person, business, or organization owing you or your spouse money, and the amount owed.

| PERSON OWING YOU OR YOUR SPOUSE MONEY | AMOUNT OWED TO YOU | AMOUNT OWED TO YOUR SPOUSE |
|---|---|---|

|  |  |  |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

7.    State the persons who rely on you or your spouse for support.

| NAME | RELATIONSHIP | AGE |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

8.    Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | You | Your Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) | $_____ | $_____ |
| Are real-estate taxes included? | [ ] Yes [ ] No | |
| Is property insurance included? | [ ] Yes [ ] No | |
| Utilities (electricity, heating fuel, water, sewer, and Telephone) | $_____ | $_____ |
| Home maintenance (repairs and upkeep) | $_____ | $_____ |
| Food | $_____ | $_____ |
| Clothing | $_____ | $_____ |
| Laundry and dry-cleaning | $_____ | $_____ |
| Medical and dental expenses | $_____ | $_____ |
| Transportation (not including motor vehicle payments) | $_____ | $_____ |
| Recreation, entertainment, newspapers, magazines, etc. | $_____ | $_____ |
| Insurance (not deducted from wages or included in Mortgage payments) | $_____ | $_____ |
| Homeowner's or renter's | $_____ | $_____ |
| Life | $_____ | $_____ |
| Health | $_____ | $_____ |
| Motor Vehicle | $_____ | $_____ |
| Other: _____ | $_____ | $_____ |
| Taxes (not deducted from wages or included in Mortgage payments) (specify): _____ | $_____ | $_____ |

5

| | | |
|---|---|---|
| Installment payments | $_____ | $_____ |
| Motor Vehicle | $_____ | $_____ |
| Credit card (name): _____ | $_____ | $_____ |
| Department store (name): _____ | $_____ | $_____ |
| Other: _____ | $_____ | $_____ |
| Alimony, maintenance, and support paid to others | $_____ | $_____ |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $_____ | $_____ |
| Other (specify): _____ | $_____ | $_____ |
| Total monthly expenses: | $_____ | $_____ |

9.      Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

[ ] Yes [ ] No If yes, describe on an attached sheet.

10.     Have you spent--or will you be spending-- any money for expenses or attorney fees in connection with this lawsuit?  [ ]Yes   [ ] No

If yes, how much? $_____

11.     Provide any other information that will help explain why you cannot pay the docket fees for your appeal.

12.     State the city and state of your legal residence.

_____

_____

Your daytime phone number: ___ _____

Your age: _____ Your years of schooling: _____

Last four digits of your social-security number: _____

Signed under penalty of perjury: _____

Date: _____